```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
PARKROAD (SINGAPORE) PTE LTD.,          :
                                        :
                                        :   08 Civ. 8505 (LAP)
                        Plaintiff,      :
                                        :   ORDER
        -against-                       :
                                        :
HYDRA (HK) LIMITED, a/k/a HYDRA         :
HONG KONG LIMITED,                      :
                                        :
                        Defendant.      :
---------------------------------------x

LORETTA A. PRESKA, United States District Judge:

   Counsel shall confer and inform the Court by letter no later than June 15, 2009 how they propose to proceed in light of the apparent commencement of arbitration.

SO ORDERED

June 2, 2009

                                   _____
                                   Loretta A. Preska, U.S.D.J.